|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **JS-6** |

### CIVIL MINUTES – GENERAL

Case No. SACV 14-00898-CJC(DFMx)            Date: July 17, 2014

Title: <u>MIN V. BANK OF AMERICA, N.A., ET AL.</u>

---

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

| <u>Michelle Urie</u> | <u>    N/A    </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                          None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REMANDING ACTION TO ORANGE COUNTY SUPERIOR COURT AND DENYING AS MOOT BANK OF AMERICA'S MOTION TO DISMISS** [filed 6/18/14]

      Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing. *See* Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for July 21, 2014 at 1:30 p.m. is hereby vacated and off calendar.

      On June 11, 2014, Defendant Bank of America, N.A. removed to federal court the action originally filed against it and Defendant PNC Bank, N.A., among others, by Plaintiff Theresa Choon Min in Orange County Superior Court. (*See* Dkt. No. 1 ["Notice of Removal"].) Bank of America does not attest, nor provide evidence to suggest, that prior to removal, it sought and obtained the consent of PNC Bank to remove the action. (*See generally* Notice of Removal). Indeed, PNC Bank instead removed the action itself, thereby creating a separate federal action. (*See Min v. Bank of America*, No. SACV 14-00910-CJC-JCG.)

      Under 28 U.S.C § 1446, when a civil action is removed from state court, "all defendants who have been properly joined and served must join in or consent to the removal of the action." "Where fewer than all the defendants have joined in a removal action, the removing party has the burden under section 1446(a) to explain affirmatively the absence of any co-defendants in the notice for removal." *Prize Frize Inc. v. Matrix Inc.*, 167 F.3d 1261, 1266 (9th Cir. 1999). Here, Defendant PNC Bank has not joined in

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 14-00898-CJC(DFMx)  Date: July 17, 2014
Page 2

---

the Notice of Removal, and Bank of America has failed to explain its absence. Accordingly, the removal notice is facially defective, and there has been no attempt to cure the defect within the 30-day statutory period. Accordingly, the action is **REMANDED** to Orange County Superior Court. Bank of America's motion to dismiss Plaintiff's Complaint is **DENIED AS MOOT**.

rrd

MINUTES FORM 11
CIVIL-GEN                                                          Initials of Deputy Clerk MU